THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
*v.* ERNEST MAGGARD, Appellant.

(Argued October 8, 1935; decided October 22, 1935.)

*Samuel Saline* for appellant.

*Martin W. Littleton, District Attorney (Philip Huntington* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN and FINCH, JJ. Not voting: CROUCH, J.